**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Aaron F. Jaroff
Direct: 212.548.2133

ajaroff@mcguirewoods.com
Fax: 212.715.2310

# McGuireWoods

February 1, 2017

**VIA ELECTRONIC FILING**

Hon. Gary R. Brown, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

Re: Fitzpatrick v. Apelles, LLC, et al.
Docket No. 2:16-cv-06944 (SJF) (GRB)

Dear Magistrate Judge Brown:

We write pursuant to Local Civil Rule 1.4 to request that the Court approve the withdrawal of McGuireWoods LLP as counsel of record for Defendant Apelles, LLC ("Apelles"). Apelles has retained new counsel, Matthew Corwin of Hinshaw & Culbertson, LLP, who filed a notice of appearance in this action on February 1, 2017. (*See* ECF Doc. No. 12).

As Your Honor is aware, Apelles has not yet responded to the Complaint and an initial conference is scheduled for February 21, 2017. The substitution of counsel will not delay the action. Our firm is not asserting a retaining or charging lien. Enclosed is a proposed order granting our application to withdraw.

We thank Your Honor for his consideration of this matter.

Respectfully submitted,

McGuire Woods LLP

By: _____
Aaron Fong Jaroff

cc: Mitchell L. Pashkin, Esq. (Via ECF)
775 Park Avenue – Suite 255
Huntington, New York 11743
*Attorneys for Plaintiff*

Adam M. Marshall, Esq. (Via ECF)
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive – Suite 201
Woodbury, New York 11797
*Counsel for Defendant Kleinman, Saltzman & Bolnick, P.C.*

Hon. Gary R. Brown, U.S.M.J.
February 1, 2017
Page 2

    Matthew B. Corwin, Esq. (Via ECF)
    Hinshaw & Culbertson, LLC
    800 Third Avenue – 13th Floor
    New York, New York 10022
    *Counsel for Defendant Apelles, LLC*

    Apelles, LLC (Via E-mail)